HARBOR ASSOCIATES, INC., Respondent, v. HYMAN ASHEROFF, Appellant.

668

Christ, P. J., Rabin, Martuscello, Benjamin and Kleinfeld, JJ., concur.